# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANGELA RAGUSA | § § § | Docket No. 3:23-cv-04388 |
| Versus | § § | Judge: LANCE M. AFFRICK |
| AMERICAN NATIONAL GENERAL COMPANY | § § § § | Magistrate Judge: KAREN W. ROBY |

## MOTION TO DISMISS

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Motion to Dismiss for the reasons set forth below.

1. Plaintiff, Angela Ragusa, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 25, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel was made aware that the named Defendant Insurer, American National General Insurance Company, was not the correct Defendant, rather, National General Insurance Company was the proper defendant.

6. Accordingly, upon due consideration of the facts and law.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim without prejudice.

Respectfully Submitted,

*/s/ Mark Ladd*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com

Chinwe Onyenekwu
Louisiana Bar Number: 34013
chewa@galindolaw.com

Harry E. Cantrell, Jr.
Louisiana Bar Number: 03852
OF Counsel

Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**