UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANGELA RAGUSA** § | **Docket No. 3:23-cv-04388** |
| § | |
| § | |
| **Versus** § | **Judge: LANCE M. AFFRICK** |
| § | |
| **AMERICAN NATIONAL GENERAL** § | |
| **COMPANY** § | **Magistrate Judge: KAREN W. ROBY** |
| § | |

## MEMORANDUM ON MOTION TO DISMISS

NOW INTO COURT, comes undersigned counsel, and pursuant to the Order of this Honorable Court dated October 13, 2023 (Document 10), submits this briefing on it's Motion to Dismiss, without prejudice.

As this Honorable Court is aware via the certification attached to the Complaint, Angela Ragusa signed a contract of representation with McKenny, Mosley and Associates (MMA).  The well chronicled events which led to the dismissal of MMA from all cases in this district need not be repeated here.

The case was referred to Galindo Law Firm for further handling by former counsel, MMA.  There is no contract between Galindo Law Firm and MMA.  Should Galindo Law Firm succeed in recovering damages on behalf of Plaintiff, MMA would have no interest in any attorney fees or costs obtained by Galindo Law Firm.  Further, MMA has no right to proceed at any time with costs or attorney fees MMA incurred during their questionable representation of Plaintiff.  Nor does undersigned counsel believe that any third party which contracted with MMA for any services, including inspections, of any type is entitled to recover for any of those contracts against anyone

other than MMA and its partners and associates regardless of MMA's ability to satisfy those claims.

Upon receipt of the claim information, which consisted of a name, phone numbered, the named of the Insurer, the last known address of the Plaintiff and an email address for the Plaintiff, Galindo Law Firm began to call, email and mail in order to reach out to the named Plaintiff. As the August 29, 2023, filing deadline to interrupt prescription neared, out of an abundance of caution and in order to protect Plaintiff's rights from prescribing, on August 25, 2023, Galindo Law Firm filed the instant suit. Since that time, Galindo Law Firm has continued to attempt to Plaintiff in a good faith attempt to preserve her rights.

On September 28., 2023, undersigned counsel spoke with Joe Moore, a Senior Litigation Specialist with American National General Insurance Company. Mr. Moore asserted that National General Insurance Company was, in fact, the proper party to be named defendant. To bolster his claim, he provided the results of an ISO Match Report (attached hereto as Exhibit "A") which identified a claim by US Bank as Insured for a policy issued by National General Insurance for wind damage to the property located at 68636 Highway 41, Pearl River, Louisiana 70452, the same address of the property at issue in the instant case, and listing as an "Involved Party", Angela Ragusa, Plaintiff herein. The date of loss was further identified as August 29, 2021, the identical date of Hurricane Ida, the alleged cause of damage in this matter.

From the facts set forth by this ISO Match Report, it not only became apparent that the insurer named as Defendant in this suit was not the proper, but that the policy of insurance was likely a forced placed policy and the proper plaintiff to the suit was the mortgage company.

In consideration of these factors, and not wishing to force an improper party to respond to a suit, undersigned counsel moved for dismissal. Undersigned counsel did so, in order that should

continued attempts to contact Plaintiff be successful while the 120 day stay was in effect, Plaintiff might be able to amend and re-urge her Complaint. However, undersigned counsel has researched the issue and believes that the 120 day does not effectively prevent the running of liberative prescription. This is especially true in the matter at hand, as undersigned counsel was unable to find any cognizable relationship between American National General Company and National General Insurance.

Undersigned counsel will forward the Motion along with this Briefing on the morning of October 20, 2023. Undersigned counsel sincerely hopes that the Briefing satisfies both the Court's Order and inquiries into the handling of these matters and that Galindo Law Firm has established that it does not recognize, nor will it, any claims by MMA, and that at all times Galindo Law Firm has acted with its primary motivation being the preservation of the rights of Plaintiff.

Respectfully Submitted,

*/s/ Mark Ladd*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com

Chinwe Onyenekwu
Louisiana Bar Number: 34013
chewa@galindolaw.com

Harry E. Cantrell, Jr.
Louisiana Bar Number: 03852
OF Counsel

Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**